# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. SANDAVAL,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:07-cv-00642-AWI-NEW (DLB) PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION |

　　　　Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $350.00 filing fee in full. Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

　　　　2.　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

　　　　3.　　The failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

　Dated:　　May 31, 2007　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1