1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 CEDRIC GREENE,                                         CASE NO. 1:07-cv-00642-AWI-NEW (DLB) PC

10              Plaintiff,                               ORDER ADOPTING FINDING AND
                                                         RECOMMENDATION, AND DISMISSING
11     v.                                                ACTION, WITH PREJUDICE, FOR FAILURE
                                                         TO STATE A CLAIM UPON WHICH RELIEF
12 S. SANDAVAL,                                          MAY BE GRANTED UNDER SECTION 1983

13              Defendant.                               (Docs. 1 and 9)

14 _____/

15

16        Plaintiff Cedric Greene ("plaintiff") is a former state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

18 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19        On July 6, 2007, the Magistrate Judge filed a Finding and Recommendation herein which was

20 served on plaintiff and which contained notice to plaintiff that any objection to the Finding and

21 Recommendation was to be filed within thirty days.  Plaintiff filed an Objection on July 23, 2007.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

23 Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

24 Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

25 Plaintiff's contention that the deprivation of a single meal rises to the level of an Eighth Amendment

26 violation is without merit.  Farmer v. Brennan, 511 U.S. 825, 837-45 (1994); Hudson v. McMillian,

27 503 U.S. 1, 8-9 (1992).

28 ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The Finding and Recommendation, filed July 6, 2007, is adopted in full; and

2.     This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:    July 27, 2007**                              /s/ **Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE